No. 02–2442—*AFFIRMED AS MODIFIED.*

Steven WARD, Plaintiff–Appellant,

v.

AMERICAN MEDICAL SYSTEMS, INCORPORATED, Defendant–Appellee.

No. 01–2400.

United States Court of Appeals, Fourth Circuit.

Submitted April 30, 2002.

Decided June 25, 2002.

Steven Ward, Appellant Pro Se. Andrew Scott Chamberlin, Ellis & Winters, L.L.P., Raleigh, North Carolina, for Appellee.

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Steven Ward appeals the district court's order granting summary judgment to Ap-

finality. *Equipment Fin. Group, Inc. v. Traverse Computer Brokers,* 973 F.2d 345, 347 (4th Cir.1992).

pellee. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ward v. American Med. Sys., Inc.,* No. CA–00–150–1 (W.D.N.C. Oct. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*